UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JUSTIN ANDRE LAMOUREX,**

    **Plaintiff,**

v.        Case No. 4:24cv458-TKW-MAF

**STATE OF FLORIDA,**

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that venue over this action is in the Southern District of Florida and that the case should be transferred to that district. Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is transferred to the United States District Court for the Southern District of Florida, Ft. Pierce Division, under 28 U.S.C. §1406(a).

    3.    The Clerk shall effectuate the transfer and close the file in this Court.

**DONE AND ORDERED** this 13th day of December, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**